| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | David Kym Williams |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of Nevada |
| Case number | 22-10304-NMC |
| | (If known) |

☑ Check if this is an amended filing

RECEIVED AND FILED DLS

2022 MAR -4  A 11: 54

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. $ 1,850,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................ $ 989,610.48

   1c. Copy line 63, Total of all property on *Schedule A/B* .................................................. $ 2,839,610.48

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 1,831,225.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............ + $ 0.00

   Your total liabilities  $ 1,831,225.00

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................. $ 1,153.54

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .................................................. $ 1,099.35

Debtor 1 **David Kym Williams**
        First Name   Middle Name   Last Name

Case number (if known) **22-10304-NMC**

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ **477.54**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)  $ **0.00**

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)  $ **0.00**

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $ **0.00**

   9d. Student loans. (Copy line 6f.)  $ **0.00**

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)  $ **0.00**

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $ **0.00**

   9g. **Total.** Add lines 9a through 9f.  $ **0.00**

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Kym Williams |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of Nevada |
| Case number (If known) | 22-10304-NMC |

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|---|

**2.1** First Financial Bank
Creditor's Name
214 N Washington
Number    Street
El Dorado    AR    71730
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  11/16/2016

Describe the property that secures the claim:
Farm Property

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$ 996,000.00    $ 1,850,000.00    $ _____

**2.2** Farm Service Agency (FSA)
Creditor's Name
1365 Corporate Blvd, Ste 200
Number    Street
REno    NV    89502
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt
Date debt was incurred  07/11/2017

Describe the property that secures the claim:
Sheep

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) UCC Filing

Last 4 digits of account number  4  4  0  1

$ 105,000.00    $ 43,500.00    $ _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 1,101,000.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  David Kym Williams
First Name  Middle Name  Last Name

Case number (if known) 22-10304-NMC

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**Creditor's Name:** Great Basin Irrigation
**Number / Street:** P. O. Box 298
**City/State/ZIP:** Lovelock, NV 89419

**Describe the property that secures the claim:** Farm Equipment & Shop Tools

- $573,825.00
- $573,825.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred: 08/05/2022
Last 4 digits of account number ___ ___ ___ ___

---

**Creditor's Name:** Small Business Administration
**Number / Street:** 1545 Hawkins Blvd, Ste 202
**City/State/ZIP:** El Paso, TX 79925

**Describe the property that secures the claim:** Equipment in Mechanics Lien #3 above

- $156,400.00
- $
- $

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☒ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred: 12/04/2021
Last 4 digits of account number  8  8  5  3

---

**Creditor's Name:** _____
**Number / Street:** _____
**City/State/ZIP:** _____

**Describe the property that secures the claim:** _____

- $
- $
- $

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred: _____
Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 730,225.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ 1,831,225.00

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 3

Debtor 1  **David Kym Williams**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) 22-10304-NMC

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| Allied Trustee Sevices<br>Name<br>190 W. Huffaker Lane, Ste 408<br>Number　Street<br><br>Reno　　　　　　NV　　89511<br>City　　　　　　State　　ZIP Code | On which line in Part 1 did you enter the creditor? 2.1<br>Last 4 digits of account number  0  2  4  7 |
| Kaempfer Crowell<br>Name<br>50 West Liberty Street, Suite 700<br>Number　Street<br><br>Reno　　　　　　NV　　89501<br>City　　　　　　State　　ZIP Code | On which line in Part 1 did you enter the creditor? 2.1<br>Last 4 digits of account number  0  2  4  7 |

Official Form 106D　　Part 2 of Schedule D: Creditors Who Have Claims Secured by Property　　page 3 of 3

DAVID KYM WILLIAMS<br>
HC 34, BOX 34327<br>
ELY, NV 89301<br>
775-863-0343

February 18, 2022

Court Clerk
Bankruptcy Court
Foley Federal Building & U.S. Courthouse
300 Las Vegas Boulevard, South
Las Vegas, NV 89101

RE: Bankruptcy Case Number: 22-10304-NMC, David Kym Williams

Dear Ms. Clerk:

I am attaching herewith two amended forms, No. 106SUM and No. 106D, for the purpose of correcting the original forms that I filed on the above listed case.

I realized an error after reviewing the mechanics lien that has been attached to my farming equipment. These enclosed completed forms correct that error.

If you should have any questions, please do not hesitate to contact me at 775-863-0343.

Sincerely,

*[signature]*
David Kym Williams

Enclosures: Form 106SUM
Form 106D